In the Matter of ALICE EDWARDS, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—

Rabin, P. J., Munder, Latham, Christ and Brennan, JJ., concur.